Yeoman A. Peck et al., Respondents, *v.* Independent Automobile Forwarding Corporation et al., Appellants, Impleaded with Another.

Argued April 7, 1939; decided April 21, 1939.

*James Conboy* and *J. S. Carter* for appellants.

*Francis J. Neddo, James A. Leary* and *Walter A. Fullerton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and RIPPEY, J.